IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| C.H. KINSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:11-cv-866-MEF |
| | ) |
| CENTURYTEL, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge (Doc. # 7) to dismiss Plaintiff's Amended Complaint (Doc. # 6) prior to service of process, pursuant to 28 U.S.C. § 1915.  Plaintiff has filed a timely Objection. (Doc. # 8.)  The Court reviews *de novo* the portion of the Recommendation to which the Objection applies.  28 U.S.C. § 636(b)(1).

As it is with Plaintiff's Amended Complaint, Plaintiff's Objection contains the barest of conclusory allegations:  "YOUR HONOR, . . . but fraud is fraud."  (Objection 1.)  Plaintiff's Amended Complaint fails to meet the pleading standards under Federal Rules of Civil Procedure 8 and 9.  After a review of the Recommendation and the Objection, it is ORDERED that the Recommendation (Doc. # 7) is ADOPTED and the Objection (Doc. # 8) OVERRULED.  An appropriate final judgment will be entered.

DONE this the 7th day of March, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE